UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>  v.<br><br>KAI WANG,<br><br>                          Defendant. | NO: 2:22-CR-0064-TOR<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE and ACCEPTING PRETRIAL DIVERSION AGREEMENT |
|---|---|

BEFORE THE COURT is the government's Motion to Dismiss Indictment with Prejudice. ECF No. 68. The Court has reviewed the motion and the file therein and is fully informed. The Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a). Simultaneously, the parties have agreed upon a pretrial diversion agreement, ECF No. 69, and moves the Court to accept it. For good cause shown, the Court grants the motion to dismiss, but makes no judgment as to the merit or wisdom of this dismissal.

ORDER DISMISSING INDICTMENT WITH PREJUDICE and ACCEPTING PRETRIAL DIVERSION AGREEMENT ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

1. The government's Motion to Dismiss Indictment with Prejudice, ECF No. 68, is **GRANTED**.

2. The Motion to Accept Pretrial Diversion Agreement, ECF No. 69, is **GRANTED**. The Court **ACCEPTS** and **APPROVES** the parties' Pretrial Diversion Agreement at ECF No. 69.

3. The Court will maintain jurisdiction over this matter and the United States Probation Office will supervise Defendant to be sure he complies with the terms and conditions of the Pretrial Diversion Agreement.

4. All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

DATED April 26, 2024.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITH PREJUDICE and ACCEPTING PRETRIAL DIVERSION AGREEMENT ~ 2