FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KAI WANG, <br><br> Defendant. | NO: 2:22-CR-0064-TOR <br><br> ORDER DISMISSING CASE WITH PREJUDICE |

BEFORE THE COURT is the government's Motion for Order of Dismissal with Prejudice. ECF No. 74. The Court has reviewed the motion and the file therein and is fully informed. The Government seeks to dismiss the case in this matter pursuant to Fed. R. Crim. P. 48(a). For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

**Accordingly, IT IS HEREBY ORDERED**:

1. The government's Motion for Order of Dismissal with Prejudice, ECF No. 74, is **GRANTED**.

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

2.  This case is CLOSED and there are no longer any pending charges.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** November 7, 2025.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE ~ 2